IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PHILIP KELLY LEOPARD,

    Defendant.

## UNITED STATES' COMPLAINT

The United States of America, through its undersigned counsel, files this Complaint and alleges as follows:

## INTRODUCTION

1. This is a civil action timely brought by the United States to reduce to judgment certain outstanding federal tax liabilities assessed against Defendant Philip Kelly Leopard.

2. This action is commenced pursuant to 26 U.S.C. § 7401 and 26 U.S.C. § 7403 at the direction of the Attorney General of the United States and with the authorization and request of the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury of the United States.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 & 1345, and 26 U.S.C. §§ 7402.

4. Venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1391(b) because Mr. Leopard resided in this judicial district when the tax liabilities that are the subject of this action arose.

## IDENTIFICATION OF DEFENDANT

5. Defendant-taxpayer Philip Kelly Leopard is an adult individual who owns real property in this judicial district and is believed to reside in this judicial district. He is named as the Defendant in this action because he has unpaid federal income tax liabilities.

6. Mr. Leopard recently filed a lawsuit related to the tax liabilities at issue in this matter in the Colorado District Court of El Paso County. *Snow Mountain Holdings Trust, Kelly Leopard, Trustee v. Wray, et al.* (El Paso County No. 14-cv-492). The United States removed that lawsuit, which was filed as a quiet title action related to real property situated in Colorado Springs, Colorado and owned by Mr. Leopard or his trust, to the United States District Court for the District of Colorado on February 2, 2015. *Snow Mountain Holdings Trust v. Wray, et al.* (D. Colo. No. 1:15-cv-221, Doc. 1). The District Court dismissed Mr. Leopard's action after he refused to appear at a hearing and failed to respond to the Court's Order to Show Cause. *Id.*, Doc. 12-15.

## COUNT I
*Reduce Federal Income Tax Assessments to Judgment*

7.  Defendant Philip Kelly Leopard owned and operated a series of Colorado businesses in the early 2000s, including Total Recall Professional Services, LLC, a Colorado limited liability company, and Total Recall, Inc. a Colorado business corporation. Defendant Leopard resided in Colorado at all times relevant to this lawsuit.

8.  Defendant Philip Kelly Leopard failed to file a federal income tax return for the 2003 tax year. After conducting an audit for the 2003 tax year, a delegate of the Secretary of the Treasury made timely assessments against Mr. Leopard for unpaid federal income taxes, penalties, and interest for the 2003 tax year as follows:

**2003 Form 1040 Assessments**

| Assessment Date | Amount Assessed | Unpaid Balance Plus Accruals as of 9/28/2016 |
|---|---|---|
| 10/2/2006 | $ 261,718.00 (Tax) | |
| 10/2/2006 | 39,257.70  (Failure to Pay Tax Penalty) | |
| 10/2/2006 | 58,886.55  (Late Filing Penalty) | |
| 10/2/2006 | 6,753.10  (Estimated Tax Penalty) | |
| 10/2/2006 | 49,756.70  (Interest) | |
| 4/16/2007 | 30.00  (Fees and Collection Costs) | |
| 4/23/2007 | 12.00  (Fees and Collection Costs) | |
| 2/24/2014 | 16.00  (Fees and Collection Costs) | |
| 3/24/2014 | 62.00  (Fees and Collection Costs) | |
| 12/14/2015 | 124.00  (Fees and Collection Costs) | $ 662,935.75 |

\\

\\

9. Despite timely notice and demand for payment of the assessments described in Paragraph 8, above, Defendant Leopard has neglected, failed, or refused to fully pay the assessments made against him.

10. Since the dates of the above-described assessments, interest, penalties, and statutory additions have accrued and will continue to accrue, as provided by law.

11. As of September 28, 2016, Mr. Leopard owed the United States $662,935.75.

12. Under 26 U.S.C. § 7402(a), the United States is entitled to a judgment against Mr. Leopard for the unpaid balance of the assessed amounts described above, plus statutory interest and any other additions accruing to the date of payment.

### REQUEST FOR RELIEF

WHEREFORE, the United States respectfully requests that the Court:

A. Enter judgment in favor of the United States and against Defendant Philip Kelly Leopard in the amount of $662,935.75, plus statutory interest and other additions accruing from September 28, 2016;

B. Award the United States its costs and such other relief as is just and proper.

\\
\\
\\

Dated: <u>September 29, 2016</u>　　　　CAROLINE D. CIRAOLO
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General


　　　　　　　　　　　　　　　　　　　　*/s/ Ryan S. Watson*
　　　　　　　　　　　　　　　　　　　　RYAN S. WATSON
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　P.O. Box 683, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044-0683
　　　　　　　　　　　　　　　　　　　　Tel:  202.514.5173
　　　　　　　　　　　　　　　　　　　　Fax: 202.307.0054
　　　　　　　　　　　　　　　　　　　　Ryan.Watson@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Of Counsel*
　　　　　　　　　　　　　　　　　　　　ROBERT TROYER
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*