UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80294

RICHARD P. MATSCH
SENIOR DISTRICT JUDGE

(303) 844-4627
FAX (303) 335-2311

September 30, 2016

## MEMORANDUM

TO:        Jeffrey P. Colwell, Clerk

s/rpm
FROM:    Judge Matsch

RE:        Civil Action No.   16-cv-02459-RPM, United States of America v. Leopard

       Exercising my prerogative as a senior judge, I request that the referenced case be reassigned.