IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

      Plaintiff,

      v.

PHILIP KELLY LEOPARD,

      Defendant.

---

## DECLARATION OF RYAN S. WATSON

---

      I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am employed as an attorney with the United States Department of Justice, Tax Division, in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned matter. I make this declaration in support of the United States' *Motion for Additional Time to Effect Service and for Leave to Conduct Depositions to Locate Defendant* (ECF No. 9).

    2.    I was the Department of Justice attorney assigned responsibility for representing the interests of the United States, Revenue Officer Ginger L. Wray, and IRS Commissioner John Koskinen in the cases filed by Philip Kelly Leopard captioned *Snow Mountain Holdings Trust, Kelly Leopard, Trustee v. Wray, et al.*, No. 1:15-cv-00221-PAB-CBS (D. Colo. 2015) and *Namaca Management, Kelly Leopard, Trustee v. Wray, et al.*, No. 2:15-cv-00257-SRB (D. Ariz. 2015).

3.      In the *Snow Mountain* and *Namaca Management* cases, Mr. Leopard filed

complaints that were over 200 pages long and contained pages upon pages of anti-

government and tax protester arguments. *See Snow Mountain Holdings Trust*, No. 1:15-

cv-00221-PAB-CBS, ECF No. 3 p. 12-13, 48-49 ("[t]he judge is the priest of a state-

sponsored civil religion" and "[l]icensed attorneys are the 'deacons' who conduct the

worship services."); *Namaca Management*, No. 2:15-cv-00257-SRB, ECF No. 1-3.

4.      In the *Snow Mountain* and *Namaca Management* cases, Mr. Leopard had

his father, John Malcolm Leopard, file the complaints in the respective state courts.

*Snow Mountain Holdings Trust*, No. 1:15-cv-00221-PAB-CBS, ECF No. 3; *Namaca*

*Management*, No. 2:15-cv-00257-SRB, ECF No. 1-3. A copy of the cover and signature

pages from these filings is attached to this Declaration as **Exhibit A**.

5.      The *Snow Mountain* and *Namaca Management* cases sought to challenge

IRS liens filed against properties located in Arizona and Colorado and held by trusts

wholly owned and controlled by Mr. Leopard. *Snow Mountain Holdings Trust*, No. 1:15-

cv-00221-PAB-CBS, ECF No. 3; *Namaca Management*, No. 2:15-cv-00257-SRB, ECF

No. 1-3.

6.      The *Snow Mountain* case was dismissed by this Court on July 21, 2015,

after Mr. Leopard failed to respond to an Order to Show Cause issued by the Magistrate

Judge assigned to the case. 1:15-cv-00221-PAB-CBS, ECF No. 15. The *Namaca*

*Management* case was dismissed by the U.S. District Court for the District of Arizona on

- 2 -

April 8, 2015, after Mr. Leopard failed to respond to an Order to Show Cause. 2:15-cv-

00257-SRB, ECF No. 11.

7.     On September 29, 2016, I filed the Complaint in the above-captioned

matter. After filing the Complaint, I hired process servers in Colorado, Nevada,

California, and Arizona to attempt service on the Defendant at the following addresses:

> 18229 N. 130th Ave.
> Sun City West, AZ 85375
>
> 3045 Hay Creek Road
> Colorado Springs, CO 80921
>
> 6910 Horseshoe Road
> Colorado Springs, CO 80923
>
> 931 American Pacific Drive, Suite 100
> Henderson, NV 89014
>
> 215 Balsam Street
> Ridgecrest, CA 93555
>
> 22114 North 90th Avenue
> Peoria, Arizona 85383

8.     Mr. Leopard appears to use a series of defunct, nonexistent, or drop box

addresses in order to obscure his current whereabouts. I chose the above-listed

addresses based upon a LexisNexis "Locate a Person" search, a search conducted by

a Tax Division librarian, and my discussions with IRS Revenue Officer John Vencato.

Although Mr. Leopard's reports show many other previous addresses, I chose those

listed above because they are listed as properties owned by Mr. Leopard's sham trusts

in his *Snow Mountain* and *Namaca Management* complaints (Hay Creek Road, Colorado Springs, CO and 22114 North 90th Ave., Peoria, AZ); his contact address in his *Snow Mountain* and *Namaca Management* complaints (18229 N. 130th Ave., Sun City West, AZ); a potential current or last-known address (Horseshoe Road, Colorado Springs, CO and 215 Balsam Street, Ridgecrest, CA); or were identified by Revenue Officer Vencato as an address to which he sent mail to Mr. Leopard and received a response (931 American Pacific Drive, Henderson, NV).

9.      To date, Mr. Leopard has not been served at any of the above-listed addresses. Affidavits of non-service for the Colorado, California, and Nevada addresses are attached to this Declaration as **Exhibit B**.

10.     Attempted service on Mr. Leopard at his Hay Creek Road, Colorado Springs ranch resulted in the identification of two individuals—Ashley Dixon and Michelle Dixon—living on the property. I believe that Ashley and Michelle Dixon may have information regarding the whereabouts of Mr. Leopard.

11.     Attempted service on Mr. Leopard at the Henderson, NV address resulted in the identification of a company—Promo Direct, Inc.—operating at that address. Based on Revenue Officer Vencato's representation that Mr. Leopard responds to mail sent to that address, I believe that a representative of Promo Direct, Inc. may have information regarding the whereabouts of Mr. Leopard.

12.     When process server Tina Nemeth first attempted service on Mr. Leopard at the Sun City West, AZ address (the address for Mr. Leopard's mother and father) on

- 4 -

October 20, 2016, Ms. Nemeth was misled by an individual living at that address and a next-door neighbor into believing that neither Philip Kelly Leopard nor John Malcolm Leopard lived there. A copy of an email from Nationwide Legal, LLC detailing this interaction is attached as **Exhibit C**.

13.     However, when Ms. Nemeth returned upon my request, she found John Malcolm Leopard at that address. John Malcolm Leopard confirmed that he received a copy of the Summons and Complaint in a voicemail he left for me on November 21, 2016.

14.     I believe that Philip Kelly Leopard's parents, John Malcolm Leopard and Patricia Leopard, may have information regarding the whereabouts of Mr. Leopard.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: <u>November 22, 2016</u>              <u>/s/ *Ryan S. Watson*              </u>
                                              RYAN S. WATSON
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice