ORIGINAL - RETURN TO COURT

District Court, El Paso County, Colorado
Court Address:
270 S. Tejon, PO Box 2980; Colorado Springs, CO 80901

Plaintiff  Snow Mountain Holdings Trust

v.

Defendant  Ginger L. Wray; John Koskinen


Exhibit A

▲ COURT USE ONLY ▲

Case Number: 14CV 492
Division: 8   Courtroom: W560

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Ginger L. Wray

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated December 15, 2014    Tracey L. Kuecker
                           Clerk of Court/Clerk

                           John Malcolm Leopard POA
                           Signature of Plaintiff
                           8229 N. 136th Avenue
                           Address of Plaintiff
                           Sun City West AZ 85375
                           623-546-4466
                           Plaintiff's Phone Number

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600  R10-13   DISTRICT COURT CIVIL SUMMONS
©2013 Colorado Judicial Department for use in the Courts of Colorado

| | |
|---|---|
| 1  Snow Mountain Holdings Trust | FILED IN THE DISTRICT AND COUNTY COURTS OF EL PASO COUNTY, COLORADO |
| 2  c/o John Malcolm Leopard | |
| 3  18229 N 130th Ave (not a domicile or residence) | DEC 15 2014 |
| 4  Sun City West, Arizona near (85375) | |
| 5  Phone: 1 (310) 341-0765 | DR. LYNETTE CORNELIUS |
| 6  Email: kelly.l@gmx.com | CLERK OF COURT |

**COLORADO DISTRICT COURT**
**COUNTY OF EL PASO**

14CV 492  DIV. 8  W 560

| | |
|---|---|
| Snow Mountain Holdings Trust<br>Kelly Leopard, Trustee<br><br>v.<br><br>Ginger L. Wray, John Koskinen<br>Plaintiff | QUIET TITLE COMPLAINT<br><br>Case No: |

## 1. TABLE OF CONTENTS

1. TABLE OF CONTENTS ........................................................................................................................... 1
2. TABLE OF POINTS AND AUTHORITIES .............................................................................................. 2
3. BRIEF INTRODUCTION .......................................................................................................................... 7
4. STANDARD OF REVIEW FOR PRO SE PLEADINGS ........................................................................... 8
5. PARTIES ..................................................................................................................................................... 8
   5.1 "United States" not a party ................................................................................................................ 8
   5.2 Titles .................................................................................................................................................. 9
   5.3 Civil status of parties ......................................................................................................................... 9
      5.3.1 Trustee ...................................................................................................................................... 9
      5.3.2 Power of attorney for signature purposes ................................................................................ 10
      5.3.3 Assistance of counsel .............................................................................................................. 10
      5.3.4 Snow Mountain Holdings Trust, an Unincorporated Private Business Trust ......................... 11
      5.3.5 Ginger L. Wray, IRS Employee#1000283390 ........................................................................ 12
      5.3.6 IRS Commissioner John Koskinen .......................................................................................... 12
      5.3.7 Internal Revenue Service ........................................................................................................ 13
   5.4 Moving party and burden of proof ................................................................................................... 13
6. JURISDICTION ........................................................................................................................................ 14
   6.1 Authority .......................................................................................................................................... 14
   6.2 Nature of appearance in this case ..................................................................................................... 15
   6.3 Foreign Plaintiff accommodation ..................................................................................................... 15
   6.4 Venue and removal to federal court ................................................................................................. 16
   6.5 Burden of proof for U.S. Attorney General to lawfully to change venue to federal district court ... 17
      6.5.1 Introduction ............................................................................................................................. 17
      6.5.2 Evidence required to meet the burden of proof to remove this action to federal court ......... 19
   6.6 Choice of law ................................................................................................................................... 25
   6.7 Exhaustion of Administrative Remedies ......................................................................................... 26
      6.7.1 Neither federal courts nor I.R.S. may not declare Plaintiff a "taxpayer" and doing so would be eminent domain without compensation ............................................................................................ 26
      6.7.2 Not a claim against the United States nor by a statutory "taxpayer" or "person" ................... 28
   6.8 Limitations upon court officers, including judges and attorneys and advanced criminal complaint .. 31
   6.9 Limitations on civil court cites against Plaintiff .............................................................................. 33
7. FACTS ....................................................................................................................................................... 33
   7.1 Facts to be decided by jury ............................................................................................................... 33
   7.2 Affidavit of Material Facts ............................................................................................................... 36
8. CLAIM/ALLEGATION ........................................................................................................................... 37

1      5. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in
2  judging the law and defer to the jury instead, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.
3  Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading into the record by the court shall
4  constitute withdrawal of consent to make a general appearance or submit myself to the jurisdiction of this foreign court and
5  foreign state. This affirmation is an extension of my right to contract guaranteed under Article 1, Section 10 of the United
6  States Constitution and may not be interfered with by any court of the United States.

7  *11.28.14*  *John Malcom Leopard for Philip K. Leopard*
   Dated:                                John Malcom Leopard,
                                    Attorney in Fact for Kelly Leopard, Trustee
                                    Sui Juris, a PRIVATE human being and not a PUBLIC
                                    civil statutory "person"
                                    All rights reserved, UCC 1-308 under all civil statutory
                                    enactments

8  Subscribed and Sworn before me this __28__ day of __November__, 20_14_
9  *Paula M Medina*
10 Notary Public

                              **PAULA M. MEDINA**
                              NOTARY PUBLIC – ARIZONA
                              MARICOPA COUNTY
                              My Commission Expires
                              November 7, 2018

| | |
|---|---|
| In the Superior Court of the State of Arizona<br>In and For the County of Maricopa<br><br>Case Number _____ | Michael K. Jeanes, Clerk<br>FILED<br>**CV2014-054040**   K. Dollins, Dep.<br>12/8/2014 12:07 pm |

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney's Bar Number _____

Is Interpreter Needed? ☐ Yes  ☐ No
If yes, language type: _____
Attorney/Pro Per Signature _John Malcolm Leopard_ POA
To the best of my knowledge, all information is true and correct.

Plaintiff's Name(s): (List all)
Namaca Management Trust
_____
_____

Plaintiff's Address:
Namaca Management Trust
c/o John Malcolm Leopard; 18229 N 130th Ave
Sun City West, Arizona near (85375)

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Ginger L. Wray; John Koskinen _____ _____

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under Nature of Action).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation

☐ 116 Other (Specify) _____
**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
Construction Defects (Residential/Commercial)
   ☐ 136 Six to Nineteen Structures
   ☐ 137 Twenty or More Structures

September 1, 2011                                                                                                                1

**150-199 OTHER CIVIL CASE TYPES:**
- ☐ 156 Eminent Domain/Condemnation
- ☐ 151 Forcible Detainer
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment
- ☒ 158 Quiet Title
- ☐ 160 Forfeiture
- ☐ 175 Election Challenge
- ☐ 179 Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)
- ☐ 187 Real Property
- ☐ Sexually Violent Persons (A.R.S. §36-3704)
  (Except Maricopa County)
- ☐ Minor Abortion (See Juvenile in Maricopa County)
- ☐ Special Action Against Lower Courts
  (See lower court appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge (§§1-501, 1-502, 11-1051)

- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute - Other
- ☐ 159 Restoration of Civil Rights (Federal)
- ☐ 159 Clearance of Records (A.R.S. §13-4051)
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain–Light Rail Only
- ☐ 177 Interpleader– Automobile Only
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute - Discrimination
- ☐ 185 Employment Dispute - Other
- ☐ 195(a) Amendment for Marriage License
- ☐ 195(b) Amendment for Birth Certificate
- ☐ 163 Other _____
  (Specify)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
- ☐ Administrative Review
  (See lower court appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- ☐ Antitrust/Trade Regulation
- ☐ Construction Defect with many parties or structures
- ☐ Mass Tort
- ☐ Securities Litigation with many parties
- ☐ Environmental Toxic Tort with many parties
- ☐ Class Action Claims
- ☐ Insurance Coverage Claims arising from the above-listed case types
- ☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

_____

Additional Defendant(s)

_____

September 1, 2011

2



```
1   Namaca Management Trust
2   c/o John Malcolm Leopard
3   18229 N 130th Ave (not a domicile or residence)
4   Sun City West, Arizona near (85375)
5   Phone: 1 (310) 341-0765
6   Email: kelly.l@gmx.com
7
```

DEC – 8 2014

MICHAEL K. JEANES, CLERK
J. ORTIZ
DEPUTY CLERK

## ARIZONA SUPERIOR COURT
## COUNTY OF MARICOPA

| Namaca Management<br>Kelly Leopard, Trustee<br><br>v.<br><br>Ginger L. Wray, John Koskinen<br>Plaintiff | QUIET TITLE ACTION<br>(FRAUDULENT CONVEYANCE)<br><br>Case No:<br><br>CV2014-054040 |
|---|---|

### 1. TABLE OF CONTENTS

1. TABLE OF CONTENTS ............................................................................................................. 1
2. TABLE OF POINTS AND AUTHORITIES ............................................................................. 2
3. BRIEF INTRODUCTION .......................................................................................................... 7
4. STANDARD OF REVIEW FOR PRO SE PLEADINGS ......................................................... 8
5. PARTIES ...................................................................................................................................... 8
    5.1  "United States" not a party ................................................................................................ 8
    5.2  Titles .................................................................................................................................... 9
    5.3  Civil Status of Parties ........................................................................................................ 9
        5.3.1  Trustee ........................................................................................................................ 9
        5.3.2  Power of attorney for signature purposes .............................................................. 10
        5.3.3  Assistance of counsel ............................................................................................... 10
        5.3.4  Namaca Management, an Unincorporated Private Business Trust Organization .... 11
        5.3.5  Ginger L. Wray, IRS Employee#1000283390 ....................................................... 11
        5.3.6  IRS Commissioner John Koskinen .......................................................................... 12
        5.3.7  Internal Revenue Service ......................................................................................... 12
    5.4  Moving party and burden of proof .................................................................................. 13
6. JURISDICTION AND VENUE ................................................................................................ 14
    6.1  Authority ........................................................................................................................... 14
    6.2  Nature of appearance in this case ................................................................................... 15
    6.3  Foreign Plaintiff accommodation .................................................................................... 15
    6.4  Venue and removal to federal court ................................................................................ 16
    6.5  Burden of proof for U.S. Attorney General to lawfully to change venue to federal district court ........................... 17
        6.5.1  Introduction .............................................................................................................. 17
        6.5.2  Evidence required to meet the burden of proof to remove this action to federal court ................. 19
    6.6  Choice of law ................................................................................................................... 26
    6.7  Exhaustion of Administrative Remedies ........................................................................ 26
        6.7.1  Neither federal courts nor I.R.S. may not declare Plaintiff a "taxpayer" and doing so would be eminent domain without compensation ....................................... 27
        6.7.2  Not a claim against the United States nor by a statutory "taxpayer" or "person" .... 29
    6.8  Limitations upon court officers, including judges, jurors, and attorneys and advanced criminal complaint ............ 31
    6.9  Limitations on civil court cites against Plaintiff ........................................................... 33
7. FACTS ........................................................................................................................................ 34
    7.1  Facts to be decided by jury ............................................................................................. 34
    7.2  Affidavit of Material Facts .............................................................................................. 37
8. CLAIM ....................................................................................................................................... 38

Quiet Title Action (Fraudulent Conveyance)                                                                 Page 1 of 67

1 | **13. <u>OATH AND VERIFICATION</u>**

2 |     I swear under oath and penalty of perjury under the and not statutory civil law from *without* the "United States" defined in 28

3 | U.S.C. §1603(c) and 26 U.S.C. §7701(a)(10) and only when litigated under the following conditions that the foregoing facts,

4 | exhibits, and statements made by me are true, correct, and complete to the best of my knowledge and ability in accordance with

5 | 28 U.S.C. §1746(1). This statement is conditioned upon vindication of its accuracy only under the following circumstances:

6 | 1. Jury trial in a state court.

7 | 2. No jurist or judge may be a "U.S. citizen" under 8 U.S.C. §1401 or 26 C.F.R. §1.1-1(e), or a "taxpayer" under 26 U.S.C.

8 | §7701(a)(14).

9 | 3. No jurist or judge, like the Plaintiff, may be in receipt of or qualified to receive any federal financial or other benefit or

10 | employment, maintain a domicile on federal property, or represent an office or civil status domiciled on federal territory.

11 | 4. The common law and Constitution of the state and no federal law or act of Congress or the Internal Revenue Code are the

12 | rules of decision, as required Federal Rule of Civil Procedure 17(b), 28 U.S.C. §1652, and *Erie RR v. Tompkins*, <u>304 U.S.</u>

13 | <u>64</u> (1938).

14 | 5. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging

15 | the law and defer to the jury instead, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.

16 | 6. Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading into the record by the court

17 | shall constitute withdrawal of consent to make a general appearance or submit myself to the jurisdiction of this foreign

18 | court and foreign state. This affirmation is an extension of my right to contract guaranteed under Article 1, Section 10 of

19 | the United States Constitution and may not be interfered with by any court of the United States.

20 | Dated: _John M Leopard For Philip K. Leopard POA_
John Malcom Leopard,
Attorney in Fact for Kelly Leopard, Trustee
Sui Juris, a PRIVATE human being and not a PUBLIC
civil statutory "person"
All rights reserved, UCC 1-308 under all civil statutory
enactments

21 | Subscribed and Sworn before me this __22__ day of __November__, 20__14__. _Paula M Medina_

22 | Notary Public

