| AFAS<br>ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>U.S. DEPARTMENT OF JUSTICE - TAX DIVISION***<br>P.O. BOX 683<br>WASHINGTON D.C. 20044 | PHONE NUMBER<br>202-514-7947<br><br>REFERENCE NUMBER | FOR COURT USE ONLY<br><br>Exhibit<br>B |
|---|---|---|

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY, AND POST OFFICE AND STREET ADDRESS

SHORT NAME OF CASE
THE UNITED STATES OF AMERICA v. PHILIP KELLY LEOPARD

| AFFIDAVIT OF ATTEMPTS | DATE/TIME | DEPT/DIV | CASE NUMBER<br>1:16-CV-2459 |
|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I received the following documents:
SUMMONS, COMPLAINT

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

Name: PHILIP KELLY LEOPARD

Address(es): 931 AMERICAN PACIFIC DR STE 100
HENDERSON, NV 89014

Process is being returned without service for the following reason(s):

2016-10-20 10:40:00 Bad address SERVER MET WITH THE RECEPTION WHO INFORMED SERVER THAT THERE IS NO SUCH PERSON AT THIS LOCATION.

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __20__ day of __Oct__, __2016__.

*Jack Riley* (signature)

JACK RILEY R-045599

UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| The United States of America, ) | Case No.: Civil Action No. |
| Plaintiff, ) | 1:16-cv-2459 |
| vs. ) | Affidavit |
| Philip Kelly Leopard, ) | |
| Defendant ) | |

I, Kenneth Yule and any employee or independent contractors retained by EAST KERN ATTORNEY SERVICES are and were on the dates mentions herein over the age of eighteen years and not a party to the action, did attempt service on the address: 215 Balsam Street Ridgecrest, CA 93555. After attempting service on said address, I Kenneth Yule declare that no such address exists.

Kenneth Yule

Kern County License #694

P.O. Box 817, Mojave, CA 93502

661-917-9218

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 28th day of October, 2016

# RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 1:16-CV-2459

Plaintiff:
**THE UNITED STATES OF AMERICA**

vs.

Defendant:
**PHILLIP KELLY LEOPARD**


2016012369

For:
RYAN WATSON
U.S DEPARTMENT OF JUSTICE, TAX DIVISION
PO BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC 20044

Received by Roland Process Svc & Investigations, LLC on the 18th day of October, 2016 at 4:52 pm to be served on **PHILLIP KELLY LEOPARD, 3045 HAY CREEK RD, COLORADO SPRINGS, CO 80921.**

I, Barbara M Williams, do hereby affirm that on the **1st day of November, 2016** at **3:05 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, UNITED STATES' COMPLAINT, NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION PURSUANT TO 28 U.S.C § 636(c), Fed. R. Civ. P. 73, AND D.C.COLO.LCivR 72.2, ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c) (BLANK), and CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** because all reasonable inquires suggest the defendant / witness / respondent moved to an undetermined address, or is not known at the given address by the attorney on file. See below for more information regarding the issuance of a Affidavit of Non Service Affidavit.

**Additional Information pertaining to this Service:**

10/19/2016 9:34 am Attempted Service: 3045 HAY CREEK RD, COLORADO SPRINGS, CO 80921 THIS IS THE DIXON ADDRESS   BAD ADDRESS WILL ATTEMPT SECOND PROVIDED

10/22/2016 7:07 am Attempted Service: 6910 HORSESHOE RD, COLORADO SPRINGS, CO 80923, No one home

10/26/2016 10:16 am Attempted service at 6910 HORSESHOE RD, COLORADO SPRINGS, CO 80923, No answer at residence

10/30/2016 2:56 pm Attempted service at 6910 HORSESHOE RD, COLORADO SPRINGS, CO 80923, Car in driveway, No answer at residence

11/1/2016 3:05 pm Attempted service at 6910 HORSESHOE RD, COLORADO SPRINGS, CO 80923, no answer



## RETURN OF NON-SERVICE For 1:16-CV-2459

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*Barbara M Williams* (signature)
**Barbara M Williams**

**Roland Process Svc & Investigations, LLC**
**695 S Colorado Blvd Suite 480**
**Denver, CO 80246**
**(720) 382-1882**

Our Job Serial Number: JDR-2016012369
Service Fee: $190.00

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1h

## Roland Process Svc & Investigations, LLC

**Priority: STANDARD**  **Field Sheet #2016012369**

Received: 10/18/2016 at 4:52 pm
Court Date:       Filed:

**SERVE:**
Home: PHILLIP KELLY LEOPARD, 3045 HAY CREEK RD, COLORADO SPRINGS, CO 80921   *Bad*
Home: PHILLIP KELLY LEOPARD, 6910 HORSESHOE RD, COLORADO SPRINGS, CO 80923

SPECIAL INSTRUCTIONS: Writ expires 11/1/2016. Last Day to Sub-Serve 11/1/2016.

**Attempts**   Server: BARBARA M WILLIAMS

| # | Date | Time | Comments |
|---|------|------|----------|
| 1. | 10/19 | 9:34 | 719-623-6760  Ashley Dickson  Bad Address |
| 2. | 10/22 | 7:07c | NA |
| 3. | 10/26 | 10:16a | NA |
| 4. | 10/30 | 2:56p | NA |
| 5. | 11/1 | 3:05p | NA |
| 6. | / | | |
| 7. | / | | |
| 8. | / | | |

**Actual Service Info**
_____ _____ Type:_____
Served on:_____ As:_____
Address:_____
Comments:_____

Married?_____
Military?_____

Miles_____
Hours_____
Additional Addr: 1 2 3
Courier_____
Out of Pocket Costs

Age____  Sex  M  F   Race_____   Height_____   Weight_____   Hair_____   Glasses Y N

Case Number: 1:16-CV-2459     United States District
Plaintiff                                                    Defendant
THE UNITED STATES OF AMERICA          PHILLIP KELLY LEOPARD

Type of Writ: SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, UNITED STATES' COMPLAINT, NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION PURSUANT TO 28 U.S.C § 636(c), Fed. R. Civ. P. 73, AND D.C.COLO.LCivR 72.2, ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c) (BLANK), and CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Client:
Firm:   U.S. Department of Justice, Tax Division
Contact: Eric Mahoney
Phone:  (202) 517-7947     Fax:
Client Reference Number:

I acknowledge receipt of the above documents

X_____
SIGNATURE OF RECIPIENT

_____
PROCESS SERVER'S SIGNATURE

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1h