**Mahoney, Eric (TAX)**

| | |
|---|---|
| **From:** | phxadmin@nationwideasap.com |
| **Sent:** | Friday, October 21, 2016 2:06 PM |
| **To:** | Mahoney, Eric (TAX) |
| **Subject:** | 1:16-CV-02459-RPM: Status RE PHILIP KELLY LEOPARD, an individual |
| **Categories:** | Red Category |



How would you like to proceed on this file? See servers notes from attempt made below.

Thank you.  -  Peter

Nationwide Legal, LLC
Number: 170406
Your Reference Number: 1:16-CV-02459-RPM

Servee: PHILIP KELLY LEOPARD

Case Info: THE UNITED STATES OF AMERICA v PHILIP KELLY LEOPARD

Date: 10/20/2016
Time: 7:23 PM
Server: Tina Nemeth reg: 8139, Maricopa
Address Attempted: 18229 N 130TH AVE, , SUN CITY WEST, AZ 85375 I spoke to a woman who is about 48 years old who said that no one by that name lives there. Stated that they have been in this home for several years and that they rent. She would not open the security screen to show ID, but as I was leaving the neighbor out front to the left said yes the people living there are renting. He said the Leopard family does own the home, but they're older and they do not live there. He said the family manages the home.

You can get up to the minute status info on this and other orders by visiting https://express.nationwideasap.com/


Thank You,
Nationwide Legal, LLC