IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PHILIP KELLY LEOPARD,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion for Additional Time to Effect Service and for Leave to Conduct Depositions to Locate Defendant (ECF No. 9). Having considered the Motion and the record contained herein, IT IS HEREBY ORDERED that the Motion is GRANTED and the United States is granted an additional 120 days, or until April 27, 2017, to locate and serve the Defendant. The United States shall promptly notify the Court when the Defendant is served, or if the Defendant is found to be located outside of the United States, when such location is determined.

IT IS FURTHER ORDERED that the United States is granted leave to take the pre-scheduling conference depositions of John Malcolm Leopard, Patricia Leopard, Ashley Dixon, Michelle Dixon, and a representative of Promo Direct, Inc. in order to locate the Defendant.

Dated this ____ day of _____, 2016.     _____
                                                                                                            J.