IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

       Plaintiff,

       v.

PHILIP KELLY LEOPARD,

       Defendant.

## UNITED STATES' MOTION TO CONTINUE SCHEDULING CONFERENCE

The United States of America, through its undersigned counsel, files this Motion to Continue Scheduling Conference and respectfully request that the Court continue the December 1, 2016 Scheduling Conference until it is notified that the United States has served the Defendant in this action.

    1.    This civil action involves claims by the United States to reduce over $650,000 of outstanding federal tax liabilities assessed against Defendant Philip Kelly Leopard ("Kelly Leopard") to judgment.

    2.    The United States filed its Complaint (ECF No. 1) on September 29, 2016, and on October 4, 2016, the Court issued a Minute Order Setting Scheduling Conference (ECF No. 7), which set a conference before the Court on December 1, 2016.

3. To date, as set forth in the United States' Motion for Additional Time to Effect Service and for Leave to Conduct Depositions to Locate Defendant (ECF No. 9), filed concurrently with this Motion, the United States has been unable to locate and serve the Defendant. The United States has requested that the Court allow the United States an additional 120 days, or until April 27, 2017, to locate and serve the Defendant, and further requests that the Court grant the United States leave to conduct pre-scheduling conference discovery, including the issuance of subpoenas to take deposition testimony of non-party witnesses, in order to locate the Defendant. (ECF No. 9.)

4. The United States will promptly notify the Court when the Defendant is served so that the Scheduling Conference can be reset. If the Defendant is found to be located outside of the United States, the United States will file a status report advising the Court of the status of service. A proposed order is attached.

\\

\\

\\

\\

\\

\\

\\

\\

WHEREFORE, the United States respectfully requests that the Court continue the Scheduling Conference until the Defendant is served in this matter.

Dated: <u>November 22, 2016</u>       CAROLINE D. CIRAOLO
　　　　　　　　　　　　　　　　　　 Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　 <u>*/s/ Ryan S. Watson*</u>
　　　　　　　　　　　　　　　　　　 RYAN S. WATSON
　　　　　　　　　　　　　　　　　　 Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　 U.S. Department of Justice
　　　　　　　　　　　　　　　　　　 P.O. Box 683, Ben Franklin Station
　　　　　　　　　　　　　　　　　　 Washington, D.C. 20044-0683
　　　　　　　　　　　　　　　　　　 Tel:  202.514.5173
　　　　　　　　　　　　　　　　　　 Fax: 202.307.0054
　　　　　　　　　　　　　　　　　　 Ryan.Watson@usdoj.gov

　　　　　　　　　　　　　　　　　　 *Of Counsel*
　　　　　　　　　　　　　　　　　　 ROBERT TROYER
　　　　　　　　　　　　　　　　　　 United States Attorney
　　　　　　　　　　　　　　　　　　 *Attorneys for the United States of America*