IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PHILIP KELLY LEOPARD,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Continue Scheduling Conference (ECF No. 10). Having considered the Motion and the record contained herein, IT IS HEREBY ORDERED that the Motion is GRANTED and the December 1, 2016 Scheduling Conference is continued until the United States has served the Defendant. 4. The United States shall promptly notify the Court when the Defendant is served so that the Scheduling Conference can be reset. If the Defendant is found to be located outside of the United States, the United States will file a status report advising the Court of the status of service

Dated this ____ day of _____, 2016.    _____
                                                                Micheal E. Hegarty
                                                                 United States Magistrate Judge