IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02459-MSK-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PHILIP KELLY LEOPARD,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2016.**

      For good cause shown, the United States' Motion for Additional Time to Effect Service and For Leave to Conduct Depositions to Locate Defendant [filed November 22, 2016; ECF No. 9] is **granted**.  The United States shall serve Defendant on or before April 27, 2017.  Additionally, the United States may conduct pre-scheduling conference discovery, including the issuance of subpoenas to take deposition testimony of John Malcolm Leopard, Patricia Leopard, Ashley Dixon, Michelle Dixon, and a representative of Promo Direct, Inc., for the sole purpose of obtaining Defendant's location.

      Additionally, the United States' Motion to Continue Scheduling Conference [filed November 22, 2016; ECF No. 10] is **granted**.  The Scheduling Conference currently set for December 1, 2016 is **vacated**.  The United States shall file a status report advising the Court of the status of service within five (5) days of obtaining Defendant's location or on April 17, 2017, whichever occurs first.