IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP KELLY LEOPARD,

    Defendant.

## ENTRY OF APPEARANCE

KEVIN A. PLANEGGER of MERRIAM LAW FIRM, P.C., hereby enters his appearance on behalf of Defendant Philip Kelly Leopard.

Respectfully submitted this 20th day of December, 2016.

*/s/ Kevin A. Planegger*
**Kevin A. Planegger**
**MERRIAM LAW FIRM, P.C.**
1625 Broadway, Suite 770
Denver, Colorado 80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: kevin@merriamlaw.com

Attorney for Defendant Philip Kelly Leopard