IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PHILIP KELLY LEOPARD,

    Defendant.

## UNITED STATES' STATUS REPORT

The United States of America, through its undersigned counsel, and pursuant to the Court's November 29, 2016 Order (Doc. 13), submits the following Status Report.

1. On December 20, 2016, counsel for Defendant Philip Kelly Leopard, Ted H. Merriam and Kevin A. Planegger, entered an appearance in this case.

2. On December 28, 2016, Mr. Leopard's counsel executed a Waiver of the Service of Summons (Doc. 16), accepting service on Mr. Leopard's behalf.

3. Because Mr. Leopard is located outside of the United States, his answer to the United States' Complaint is due on March 21, 2017—90 days after undersigned counsel for the United States sent the Request for Waiver of Service of Summons.

4. On November 29, 2016, the Court ordered that the United States submit a status report after Mr. Leopard was located; accordingly, the United States submits this

Status Report and requests that the Court issue an order setting a scheduling conference after March 21, 2017—the date that Mr. Leopard's answer is due.

Respectfully Submitted,

Dated: <u>January 5, 2017</u>          CAROLINE D. CIRAOLO

Principal Deputy Assistant Attorney General

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax: 202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
ROBERT TROYER
Acting United States Attorney
*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on January 5, 2017, I served the foregoing as follows:

<u>Via CM/ECF</u>

**Kevin A. Planneger**
kevin@merriamlaw.com
**Ted H. Merriam**
ted@merriamlaw.com

*Attorneys for Philip Kelly Leopard*

                                         */s/ Ryan S. Watson*
                                         RYAN S. WATSON
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice