## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 16, 2017, the foregoing *Scheduling Order* was served as follows:

Via CM/ECF:

 **Kevin A. Planneger**
 MERRIAM LAW FIRM, P.C.
 1625 Broadway, Suite 770
 Denver, CO 80202
 303.592.5404
 kevin@merriamlaw.com

 *Attorney for Philip Kelly Leopard*

        /s/ *Ryan S. Watson*
        RYAN S. WATSON
        Trial Attorney, Tax Division
        U.S. Department of Justice