IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PHILIP KELLY LEOPARD,

    Defendant.

## ANSWER TO COMPLAINT

The Defendant, Philip Kelly Leopard, through his undersigned counsel, Ted H. Merriam and Kevin A. Planegger of the Merriam Law Firm, answers the United States of America's Complaint, and states as follows:

### INTRODUCTION

1. Paragraph 1 of the Complaint does not contain factual allegations and no response is required. To the extent that there are any factual allegations in paragraph 1 of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

2. Paragraph 2 of the Complaint does not contain factual allegations and no response is required. To the extent that there are any factual allegations in paragraph 2 of the Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

## JURISDICTION AND VENUE

3. The Defendant admits that the Court has jurisdiction over this action.

4. The Defendant admits that venue is proper in this judicial district.

## IDENTIFICATION OF DEFENDANT

5. The Defendant admits that he is an adult individual, but denies the remaining allegations in paragraph 5 of the Complaint.

6. The Defendant admits that a lawsuit was filed related to the tax liabilities at issue in this matter in Colorado District Court in El Paso County, but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 6, and therefore denies them.

## COUNT 1

7. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 7 of the Complaint, and therefore denies them.

8. The Defendant denies that he failed to file a federal income tax return for the 2003 tax year. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 8 of the Complaint, and therefore denies them.

      9.  The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9 of the Complaint, and therefore denies them.

      10.  The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10 of the Complaint, and therefore denies them.

      11.  The Defendant denies that he owed the United States $662,935.75 as of September 28, 2016.

      12.  The Defendant denies that the United States is entitled to a judgment.

      WHEREFORE, the Defendant requests the Court dismiss the Complaint with prejudice, and grant such further relief that the Court deems just and proper.

Dated: March 21, 2017

                                  /s/ *Ted H. Merriam*
Ted H. Merriam
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
303.592.5404
ted@merriamlaw.com

/s/ *Kevin A. Planegger*
KEVIN A. PLANEGGER
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
303.592.5404
kevin@merriamlaw.com

*Attorneys for Philip Kelly Leopard*