IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:16-cv-02459-MSK-MEH | Date: | March 23, 2017 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                       *Counsel:*

USA                                                                                              Ryan Watson

    Plaintiff,

v.

PHILIP KELLY LEOPARD                                                     Kevin Planegger

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**   9:52 a.m.

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

The Scheduling Order will be entered.

By separate order from Judge Krieger, counsel will be notified of the Final Pretrial Conference, Trial Preparation Conference, and Trial dates.

**Court in recess:**   9:58 a.m.     **(Hearing concluded)**
**Total time in Court:  0:06**

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.