IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-2459-MSK-MEH

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PHILIP KELLY LEOPARD,

    Defendant.

## STIPULATION OF DISMISSAL

The United States of America and Philip Kelly Leopard, through their respective undersigned counsel, stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

    1.    Pursuant to a settlement agreement between the United States and Philip Kelly Leopard, the parties stipulate to the dismissal of this action, with prejudice.

    2.    Each party will bear its respective litigation costs in this case, including any possible attorney's fees or other expenses of litigation.

\\

\\

\\

\\

\\

                                        Respectfully Submitted,

Dated: <u>December 1, 2017</u>                 D<small>AVID</small> A. H<small>UBBERT</small>
                                        Deputy Assistant Attorney General

                                         /s/ *Ryan S. Watson*
                                         R<small>YAN</small> S. W<small>ATSON</small>
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 683, Ben Franklin Station
                                         Washington, D.C. 20044-0683
                                         202.514.5173
                                         Ryan.Watson@usdoj.gov

                                         *Of Counsel*
                                         R<small>OBERT</small> T<small>ROYER</small>
                                         United States Attorney
                                         *Attorneys for the United States of America*

Dated: <u>December 1, 2017</u>                /s/ *Kevin A. Planegger*
                                         K<small>EVIN</small> A. P<small>LANEGGER</small>
                                         MERRIAM LAW FIRM, P.C.
                                         1625 Broadway, Suite 770
                                         Denver, CO 80202
                                         303.592.5404
                                         kevin@merriamlaw.com
                                         *Attorney for Philip Kelly Leopard*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2017, the foregoing was served as follows:

<u>Via CM/ECF</u>:

**Kevin A. Planegger**
MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO 80202
303.592.5404
kevin@merriamlaw.com

*Attorney for Philip Kelly Leopard*

/s/ *Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice